**SEND**  
**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-0204 PA (SHx) | Date | February 6, 2009 |
|---|---|---|---|
| Title | Cesar Arnulfo Acosta, et al. v. Dole Food Company, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

      On January 28, 2009, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of a lack of subject matter jurisdiction and procedural defects in the Notice of Removal. In its January 28, 2009 order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by February 5, 2009, if he objected to the remand. Plaintiff has submitted a response to the Court's January 28, 2009 order in which plaintiff agrees with the Court's analysis and consents to the remand. Accordingly, for the reasons stated in the January 28, 2009 order, this action is remanded to Los Angeles County Superior Court.

      IT IS SO ORDERED.